**FILED**
FEB 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3/02

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the United States District Court for the ___ District of **COLUMBIA**

#0468236

JAMES CHRISTOPHER ANDERSON ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED
(Enter above full name of plaintiff—only one plaintiff)
permitted per complaint) POB 129
WINDSOR, N.C. 27983
v.

UNITED STATES OF AMERICA
GEORGE W. BUSH JR.
FOOD AND DRUG ADMINISTRATION
UNKNOWN NAME F.D.A. SECRETARY
UNKNOWN PHARMECEUTICAL MANUFACTOR
UNKNOWN PHARMECEUTICAL MANUFACTOR C.E.O.
(Enter above full name of defendant or defendants)

Case: 1:08-cv-00298
Assigned To : Unassigned
Assign. Date : 2/21/2008
Description: Pro Se General Civil

CASE RE-ASSIGNED
TO: LAMBERTH, J. RCL
APR 03 2008

I. Previous law suits

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes ( )  No (✓)

  B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to preview lawsuit:
       Plaintiffs: _____
       _____
       Defendants: _____
       _____

    2. Court (if federal court, name the district; if state court, name the county):
       _____

    3. Docket number: _____
    4. Name of judge assigned to case: _____
    5. Disposition (for example, was the case dismissed?  appealed?  is it still pending?)
       _____
       _____

    6. Approximate date of filing lawsuit: _____

II. Previous *in forma pauperis* lawsuits

  A. While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in which you were allowed to proceed *in forma pauperis* (without prepayment of fees)?
       ( ) Yes     (✓) No
    1. Name the court and docket number for each: _____
       _____
       _____

**RECEIVED**
FEB - 6 2008
Clerk, U.S. District and
  Bankruptcy Courts

1

B. Were any of these cases dismissed under 28 U.S.C. § 1915(d) on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted? Yes ( )  No ( )
  1. If yes, how many? _____
  2. Name the court and docket number for each: _____
  _____
  _____

III. Exhaustion of Inmate Administrative Remedies

  A. Did you present the facts of each claim relating to your complaint to the Inmate Grievance Commission or any other available administrative remedy procedure? Yes (✓) No ( )
  B. If your answer is Yes:
   1. When did you file your grievance?  **SEPT. 16, 2007**
   2. What was your grievance?  **RIGHT TO SUE LETTER COMPLAINING OF UNFAIR SIDE EFFECT WARNING LABEL**
   3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes ( ) No (✓)
    If yes, when was the decision and what was the result? _____
    _____

  C. If your answer to A is no, identify the claim(s) and explain why not: **DEFENDANTS FAILED TO RESPOND TO LETTER**
  _____
  _____

IV. Parties

  A. Plaintiff(s)

   Name of plaintiff:
   **JAMES CHRISTOPHER ANDERSON AND ALL OTHERS SIMILARLY SITUATED**
   Current address (place of confinement):
   **P.O. BOX 129 WINDSOR N.C. 27983**
   _____
   (You may lose important legal rights unless you immediately notify the court of any address change.)

  B. Defendant(s)   (NOTICE: A person must be identified in this subsection B in order to be considered and served as a defendant.)

   Name of defendant 1: **UNITED STATES OF AMERICA**
   Position: **FEDERAL GOVERNMENT**
   Place of employment:
   **1600 PENNSYLVANIA AVE. WASHINGTON D.C. AT WHITE HOUSE**
   Current address:
   **1600 PENNSYLVANIA AVE. WASHINGTON D.C. 20530-0001**

   Additional defendant(s) (provide name, position, place of employment, and current address for each)
   Defendant 2: **GEORGE W. BUSH JR. PRESIDENT, SAME ABOVE, SAME ABOVE**

   Defendant 3: **FOOD AND DRUG ADMINISTRATION, FED. DRUG REGULATOR, WASHINGTON D.C.**
   Defendant 4: **F.D.A. SECRETARY UNKNOWN NAME AND ADDRESS**
   **DEFENDANT 5: UNKNOWN PHARMECEUTICAL MANUFACTORER AND ADDRESS**
   **DEFENDANT 6: UNKNOWN PHARMECEUTICAL MANUFACTORER C.E.O. AND ADDRESS**

-2-

(Continue on a separate sheet if necessary.)

V. Statement of Claim

State here as briefly as possible the FACTS in your case. Do this by describing how each defendant named in Section III.B. above is personally involved in depriving you of your rights. Include relevant times, dates, and places. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. You may only combine claims involving events that relate to all defendants. Number and set forth each separate claim in a separate paragraph. Unrelated claims involving separate events must be set out in a separate complaint. (Attach extra sheets if necessary.)

THE ABOVE DEFENDANTS IN A CONSPIRACY APPROVED FOR HUMAN CONSUMPTION LEXA-PRO ANTI-DEPRESSANT DRUG WHEN LABEL DOES NOT FAIRLY WARN CONSUMERS OF DRUG'S POTENTIAL SIDE EFFECTS.

PLAINTIFF AFTER TAKING PRESCRIBED DOES OF DRUG RECEIVED INSTANT RELIEF FROM CHRONIC DEPRESSION BUT DRUGS UNKNOWN SIDE EFFECTS CAUSED A VIOLENT UNCONTROLLABLE RAGE RESULTING IN AN EIGHT IN ONE-WEEK ARMED ROBBERY SPREE BEGINING ON MAY 29, 2006 THROUGH JUNE 8, 2006.

VI. Relief

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENTS. CITE NO CASES OR STATUTES.

AWARD CLASS ALL COURT COST AND ATTORNEY FEES.

AWARD CLASS $100,000,000 DOLLARS PUNITIVE DAMAGES.

Signed this  1ST  day of  FEBRUARY  1,  , 20 08 .

Prison No. 0468236       Signature x James C Anderson

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

JAMES CHRISTOPHER ANDERSON ON BEHALF
OF HIMSELF AND ALL OTHERS SIMILARLY
SITUATED                    PLAINTIFFS

V.

UNITED STATES OF AMERICA
FOOD AND DRUG ADMINISTRATION

ONE UNKNOWN NAME PHARMECUETICAL MANUFACTURER
LEXA-PRO ANTI-DEPRESSANT DRUG

DEFENDANT(S)

AFFIDAVIT
F.R.CIV.P.

28 U.S.C. § 1746

PLAINTIFF SWEARS UNDER PENALTY OF PERJURY FOLLOWING DATA TRUE AND CORRECT. PLAINTIFF DID SEND RIGHT TO SUE LETTER TO DEFENDANTS' ATTORNEY ON SEPT. 16, 2007 COMPLAINING THAT LEXA-PRO ANTI-DEPRESSANT DRUG WARNING LABEL DOES NOT FAIRLY NOTIFY CONSUMERS OF DRUGS SIDE AFFECTS.

-CERTIFICATE OF SERVICE-

COPY OF DOCUMENT WAS SENT TO DEFENDANTS' ATTORNEY BY U.S. MAIL JAN. 15, 2008.

U.S. ATTORNEY GEN.
DEPT. OF JUSTICE
950 PENNSYLVANIA AVE. N.W.
WASHINGTON D.C.
        20530-0001

JAMES C. ANDERSON
#0468236
P.O. BOX 129
WINDSOR N.C.

FILED
FEB 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SIGNED X James C Anderson

08 0298

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

JAMES C. ANDERSON

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **88888**
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro SE (P/A)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
#0968236

## DEFENDANTS

USA, ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-00298
Assigned To : Unassigned
Assign. Date : 2/21/2008
Description: Pro Se General Civil

CASE RE-ASSIGNED
APR 03 2008
TO JUDGE LAMBERTH, RCL

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. *Antitrust*
☐ 410 Antitrust

### ☐ B. *Personal Injury/Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. *Administrative Agency Review*
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. *General Civil (Other)* OR ☒ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

—O—

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
■ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   **DEMAND $** $10,000,000   Check YES only if demanded in complaint   **JURY DEMAND:** ☐ YES  ■ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES   ☐ NO   If yes, please complete related case form.

DATE 2-21-08   SIGNATURE OF ATTORNEY OF RECORD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.



ms\js-44.wpd