IFP Form
Rev. 7/96

**FILED**

FEB 21 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## ~~FOR~~ DISTRICT OF ~~COLUMBIA~~

JAMES CHRISTOPHER ANDERSON
(Plaintiff or Petitioner)

08 0298

v.

DECLARATION AND REQUEST TO PROCEED IN FORMA PAUPERIS

UNITED STATES OF AMERICA AND ET., AL

(Defendant(s) or Respondent(s))

I, JAMES CHRISTOPHER ANDERSON, declare that I am the plaintiff or petitioner in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, that I believe I am entitled to redress.

1. Are you presently employed?  Yes ✓  No ___

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.
   $11.20 MONTHLY FROM BERTIE CORRECTIONAL INSTITUTE
   P.O. BOX 129 WINDSOR N.C. 27983

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

2. List anyone who helps support you or shares support in any way and describe the type and amount of support for the last 12 months. [If no one, write "No One."]
   NO ONE

3. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?    Yes ___  No ✓
   b. Rent payments, interest or dividends?                Yes ___  No ✓
   c. Pensions, annuities or life insurance payments?     Yes ___  No ✓
   d. Gifts or inheritances?                               Yes ✓  No ___
   e. Any other sources?                                   Yes ___  No ✓

**RECEIVED**
FEB - 6 2008
Clerk, U.S. District and
Bankruptcy Courts

2

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.  $ .00 ?

MONTHLY FROM MOTHER

3. Do you own any cash, or do you have money in a checking, savings or any other kind of account other than a prison account?  Yes ___ No ✓  If the answer is yes, describe the account, its location, and the total value of each account. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes ___ No ✓  If the answer is yes, describe the property and state its approximate value. (Separately list all jewelry valued at over $50.00.) _____

5. List persons who are dependent upon you for support, state your relationship to those persons and indicate how much you actually contributed toward their support for the last 12 months.  NO ONE

### FOR PRISONERS ONLY

6. Name: JAMES CHRISTOPHER ANDERSON .
Name under which convicted if different:_____.
Date of birth: _____.
My Prison Number is: 0468236 .
Address of current place of incarceration: P.O. BOX 129 WINDSOR N.C. 27983 .
The total deposits to my Trust Account for the last 6 months are _____ ? .[1]
The present balance of my Trust Account is: 00.00 .

I declare under penalty of perjury that all of the foregoing is complete, true and correct.

FEB. 1, 2008                                X James C Anderson
(Date)                                      (Signature of Plaintiff or Petitioner)

---

[1]If you have been in more than one institution in the last six months and are unable to accurately determine deposits in prior institutions, provide the Court with your best good faith estimate. The Court will, at a later date, get the ledger cards from those prior institutions and make any needed corrections.