UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL ACTION NO. 08 0298    - UNA

JAMES CHRISTOPHER ANDERSON ON BEHALF OF
HIMSELF AND ALL OTHERS SIMILARLY SITUATED
PLAINTIFF(S)

V.

UNITED STATES OF AMERICA AND ET., AL
DEFENDANT(S)

FOR PRELIMINARY
INJUNC_TION-PUR-
MOTION: SUANT TO 18 U.S.C.
§§ 36 26 (A)(2) AND COPY
OF TRUST-FUND STATEMENT
28 U.S.C. § 1915

- REQUEST FOR RELIEF -

PLAINTIFF ON BEHALF OF HIMSELF AND ALL OTHERS SIMIL-
ABLY SITUATED DOES HERE-BY REQUEST THIS COURT TO IM-
MEDIATELY ISSUE AN INJUNC_TION CAUSING DEFENDANT FOOD
AND DRUG ADMINISTRATION TO CONDUCT A CLINICAL STUDY TO
DETERMINE IF LINK BETWEEN SUDDEN FITS OF RAGE AND MANIC
DEPRESSANT OUT-PATIENTS BEING TREATED WITH REGULAR DOS-
AGES OF LEXA-PRO ANTI-DEPRESSANT DRUG.

PLAINTIFF FURTHER REQUESTS COURT TO CAUSE DEFENDANT
TO SEND COPY OF STUDY RESULTS TO PLAINTIFF AT FOLLO-
WING ADDRESS, THIS 1ST DAY OF MARCH 2008.

- ARGUMENT -

PLAINTIFF RECEIVED INSTANT RELIEF AFTER TAKING PRESCR-
IBED DOSES OF DEFENDANT'S PRODUCT.

PLAINTIFF HAS MENTAL ILLNESS HISTORY AND TRIED A VARIETY OF TREATMENTS.

LEXA-PRO INSTANTLY STOPPED PLAINTIFF'S UNCONTROL-LABLE CRYING AND ADVERSE WORTHLESS FEELINGS.

LEXA-PRO CAUSED A VIOLENT UNCONTROLLABLE RAGE IN PLAINTIFF RESULTING IN AN EIGHT IN ONE-WEEK ARM-ED ROBBERY SPREE.

LEXA-PRO WARNING LABEL DOES NOT INCLUDED UNCONTR-OLLABLE RAGES AS POSSIBLE SIDE EFFECT OF THE PRODUCT.

ABBOTT V. LATSHAW, 164 F.3D 141, 147-48 (3RD CIR. 1998)(PRI-VATE PARTY WHO CONSPIRES WITH STATE ACTORS TO DEPRIVE ANOTHER OF THEIR CONSTITUTIONAL RIGHTS ACTS UNDER COLOR OF STATE LAW).

28 U.S.C. § 1746

PLAINTIFF SWEARS UNDER PENALTY OF PERJURY ABOVE DATA IS TRUE AND CORRECT MARCH 1, 2008.

U.S. ATTORNEY GEN.

MICHAEL MUKASEY

950 PENNSYLVANIA AVENUE N.W.

WASHINGTON D.C.

20530-0001

PRO-SE PETITIONER

JAMES C. ANDERSON

#0468236

P.O. BOX 129

WINDSOR N.C.

27983

SIGNED James C. Anderson

P.(2)