UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 0 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| James Christopher Anderson, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>United States of America *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 08-0298 |

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on plaintiff's motion for a preliminary injunction submitted with his prison trust fund account statement. Plaintiff, a prisoner in Windsor, North Carolina, seeks an order to compel the Food and Drug Administration ("FDA") to conduct a study of the potential "link between sudden fits of rage and manic depressant out-patients being treated with regular dosages of Lexa-Pro anti-depressant drug" and to provide him with the results. Mot. at 1.

To prevail on a motion for a preliminary injunction, plaintiff must demonstrate (1) that he is substantially likely to succeed on the merits of the suit, (2) that, without the injunction, he would suffer irreparable harm for which there is no adequate legal remedy, (3) that the injunction would not substantially harm other parties, and (4) that the injunction would not substantially harm the public interest. *Taylor v. Resolution Trust Corp.*, 56 F.3d 1497, 1505-06 (D.C. Cir. 1995). Plaintiff has not addressed any of the foregoing factors. Rather, he appears to seek such research to assist him with prosecuting the complaint, which is premised on the FDA's alleged approval of the drug Lexapro without adequate warning labels about

potential side effects. The motion provides no basis for granting the extraordinary relief of a preliminary injunction. Accordingly, it is

    ORDERED that plaintiff's motion for a preliminary injunction is DENIED.

Date: March 31st, 2008

                                                   Rosemary M. Collyer
                                                   United States District Judge