UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES C. ANDERSON )<br>)<br>Plaintiff )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>)<br>Defendant ) | Civil Action No.  08-0298 RCL |

**REASSIGNMENT OF CIVIL CASE**
**(non-calendar committee)**

The above entitled action was assigned on April 3, 2008 from Unassigned (9098)

to Judge Lamberth because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:   Judge Lamberth
& Courtroom Deputy
Civil Case Processing Clerk
      Statistical