UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA
CASE NO. 1:08-CV-298 RCL

JAMES CHRISTOPHER ANDERSON
      PETITIONER

V.

UNITED STATES OF AMERICA AND ET..AL
      DEFENDANT(S)

MOTION: NOTICE OF APPEAL F.R.A.P.

PRO-SE PETITIONER SEEKS D.C. CIRCUIT COURT OF APPEALS REVIEW OF DISTRICT COURT'S ORDER DENYING HIS REQUEST FOR PRELIMINARY INJUNCTION, ON MAY 7, 2008.

-CERTIFICATE OF SERVICE-

PETITIONER SENT COPY OF THIS NOTICE TO U.S. ATTORNEY GEN. MICHAEL MUKASEY 950 PENNSYLVANIA AVE. N.W. WASHINGTON D.C. 20530 ON MAY 12, 2008 BY U.S. MAIL.

    PRO-SE PETITIONER
    JAMES C. ANDERSON
    #0468236
    P.O. BOX 129
    WINDSOR N.C.
    27983

SIGNED X James C. Anderson

RECEIVED
MAY 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT