UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES CHRISTOPHER ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action 08-0298 (RCL)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of this Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for the Federal Defendants in the above-captioned case.

Respectfully submitted,

/s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 307-0372
Fax: (202) 514-8780
Christopher.Harwood@usdoj.gov