# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-5147**  **September Term 2007**

1:08-cv-00298-RCL

Filed On: July 1, 2008 [1125242]

James Christopher Anderson,

    Appellant

    v.

United States of America, et al.,

    Appellees

**FILED**
JUL 0 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the motion to appeal in forma pauperis, which was received from appellant on June 25, 2008, on the court's own motion,

**ORDERED** that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order along with the original motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                            BY:   /s/
                                       Elizabeth V. Scott
                                       Deputy Clerk

Attachment:
    Motion for Leave to Proceed on Appeal In Forma Pauperis