UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
NO. 1:08-CV-00298-RCL

IN-RE: JAMES C. ANDERSON
PRO-SE PETITIONER

V.

UNITED STATES OF AMERICA ET., AL
DEFENDANT(S)

MOTION: FOR COURT APPOINTMENT OF COUNSEL PURSUANT TO F.R.C.P.

RECEIVED
JUL 18 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

— REQUEST FOR RELIEF —

PETITIONER DOES HERE-BY REQUEST THIS COURT TO IMMEDIATELY ORDER APPOINTMENT OF COUNSEL FOR CLASS IN THE ABOVE CASE, THIS 15TH DAY OF JULY 2008.

— SUPPORTING FACTS AND ARGUMENT —

INDIGENT PETITIONER PRISONER SEEKING RELIEF UNDER SECTION 1983 PETITIONS FOR APPOINTMENT OF COUNSEL.

PETITIONER SEEKS RELIEF FOR HIMSELF AND HIS CLASS AFTER DISCOVERING ABOVE DEFENDANT'S HAVE CONSPIRED TO DENY THEM NOTICE OF POTENTIAL LEXA-PRO SIDE EFFECTS.

PETITIONER ARGUES IF HE HAD KNOWN OF LINKS BETWEENS LEXA-PRO TREATMENT AND UNCONTROLLABLE RAGES, SUICIDE, MULTIPLE HOMICIDES AND SNIPER

P.(1)

ACTIVITY HE WOULD HAVE NEVER FILLED THE PRESCRIPTION AND SOUGHT A SAFE ALTERNATIVE DRUG TO TREAT HIS DEPRESSION.

SOURS V. NORRIS, 782 F.2D 106, 107 (8TH CIR. 1986)(PER CURIAM)(APPOINTMENT OF COUNSEL APPROPRIATE BECAUSE §1983 CLAIM THAT PRISONER TRANSFERED IN VIOLATION OF INTERSTATE CORRECTIONAL COMPACT NOT MALICIOUS OR FRIVOLOUS AS EVIDENCED BY CLAIM'S SURVIVAL OF MOTION TO DISMISS).

PETITIONER ARGUES CASE INVOLVES DIFFICULT COMPLEX LEGAL AND FACTUAL ISSUES.

MUST BE DETERMINED IF CLASS'S 5TH AMD. RIGHTS WERE VIOLATED BY INADEQUATE LABEL.

MUST BE DETERMINED IF CLASS WAS TREATED DIFFERENT BY LEXA-PRO WHO ACTED UNDER COLOR OF F.D.A. IN CONSPIRACY.

IMPOSSIBLE FOR PRISONER TO INVESTIGATE CASE FROM PRISON CELL.

CASE IS LIKELY TO INVOLVE CONFLICTING TESTIMONY WARRANTING SKILL IN PRESENTATION AND CROSS-EXAMINATION.

NORTON V. DIMAZANA, 122 F.3D 286, 293 (5TH CIR. 1997)( IN ASSESSING WHETHER TO APPOINT COUNSEL COURT MUST CONSIDER: (1) THE TYPE AND COMPLEXITY OF CASE (2) WHETHER THE INDIGENT LITIGANT IS CAPABLE OF PRESENTING HIS CASE (3) WHETHER LITIGANT IS IN POSITION TO INVESTIGATE CASE ADEQUATELY AND (4) WHETHER EVIDENCE WILL CONSIST IN LARGE PART OF CONFLICTING TESTIMONY THUS REQUIRING SKILL IN PRESENTATION AND CROSS-EXAMINATION).

-28 U.S.C. 1746-

PETITIONER SWEARS UNDER PENALTY OF PERJURY ABOVE DATA IS TRUE AND CORRECT JULY 15, 2008.

-CERTIFICATE OF SERVICE-

PETITIONER SENT COPY OF THIS REQUEST TO DEFENDANTS' ATTORNIES BY U.S. MAIL ON JULY 15, 2008.

JEFFREY A. TAYLOR
RUDOLPH CONTRERAS
CHRISTOPHER B. HARWOOD
555 FOURTH ST. N.W.
WASHINGTON D.C.
20530

PETITIONER
JAMES C. ANDERSON
#0468236
P.O. BOX 129
WINDSOR N.C.
27983

SIGNED x James C Anderson

P.(3)

**AFFIDAVIT OR DECLARATION
IN SUPPORT OF MOTION FOR ~~LEAVE TO PROCEED IN FORMA PAUPERIS~~
APPOINTMENT OF COUNSEL**

I, JAMES C. ANDERSON, am the petitioner in the above-entitled case. In support of my motion ~~to proceed in forma pauperis~~, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $11.20 | $N/A | $11.20 | $N/A |
| Self-employment | $0 | $ " | $0 | $ " |
| Income from real property (such as rental income) | $0 | $ " | $0 | $ " |
| Interest and dividends | $0 | $ " | $0 | $ " |
| Gifts | $40.00 | $ " | $40.00 | $ " |
| Alimony | $0 | $ " | $0 | $ " |
| Child Support | $0 | $ " | $0 | $ " |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $ " | $0 | $ " |
| Disability (such as social security, insurance payments) | $0 | $ " | $0 | $ " |
| Unemployment payments | $0 | $ " | $0 | $ " |
| Public-assistance (such as welfare) | $0 | $ " | $0 | $ " |
| Other (specify): _____ | $0 | $ " | $0 | $ " |
| **Total monthly income:** | $60.20 | $ " | $60.20 | $ " |

2. List your employment history for the past two years, most recent first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| SELF EMPLOYED | | | $ 1400 |
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| " | " | " | $ " |
| " | " | " | $ " |

4. How much cash do you and your spouse have? $ 00.00
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| 0 | 0 | $ 0 | $ 0 |
| 0 | 0 | $ 0 | $ 0 |
| 0 | 0 | $ 0 | $ 0 |

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

☐ Home
Value  NONE

☐ Other real estate
Value  NONE

☐ Motor Vehicle #1
Year, make & model  NONE
Value _____

☐ Motor Vehicle #2
Year, make & model  NONE
Value _____

☐ Other assets
Description  NONE
Value _____

P.(5)

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| O | $ O | $ O |
| O | $ O | $ O |
| O | $ O | $ O |

7. State the persons who rely on you or your spouse for support. NO ONE

| Name | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ N/A | $ N/A |
| Are real estate taxes included? ☐ Yes ☐ No | | |
| Is property insurance included? ☐ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ " | $ " |
| Home maintenance (repairs and upkeep) | $ " | $ " |
| Food | $ " | $ " |
| Clothing | $ " | $ " |
| Laundry and dry-cleaning | $ " | $ " |
| Medical and dental expenses | $ " | $ " |

P.(6)

|  | You | Your spouse |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 11 | $ 11 |

Insurance (not deducted from wages or included in mortgage payments)

|  | You | Your spouse |
|---|---|---|
| Homeowner's or renter's | $ 11 | $ 11 |
| Life | $ 11 | $ 11 |
| Health | $ 11 | $ 11 |
| Motor Vehicle | $ 11 | $ 11 |
| Other: _____ | $ 11 | $ 11 |

Taxes (not deducted from wages or included in mortgage payments)

|  | You | Your spouse |
|---|---|---|
| (specify): _____ | $ 11 | $ 11 |

Installment payments

|  | You | Your spouse |
|---|---|---|
| Motor Vehicle | $ 11 | $ 11 |
| Credit card(s) | $ 11 | $ 11 |
| Department store(s) | $ 11 | $ 11 |
| Other: _____ | $ 11 | $ 11 |
| Alimony, maintenance, and support paid to others | $ 11 | $ 11 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 11 | $ 11 |
| Other (specify): _____ | $ 11 | $ 11 |
| **Total monthly expenses:** | $ 11 | $ 11 |

P.(7)

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☒ No      If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?   ☐ Yes   ☒ No

    If yes, how much? _____

    If yes, state the attorney's name, address, and telephone number:

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

    ☐ Yes   ☒ No

    If yes, how much? _____

    If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of this case.
    INDIGENT BY CONFINEMENT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____JULY 15,_____, 2008

X _James C Anderson_____
                (Signature)

P.(8)