UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES CHRISTOPHER ANDERSON,  )  )   Plaintiff,  )  )   v.  )  )  UNITED STATES OF AMERICA *et al.*,  )  )   Defendants.  )  ) | Civil Action No. 08-0298 (RCL) |

ORDER

Plaintiff moves for the appointment of counsel to represent him in this civil action.[1] The Court will deny the motion for the following reasons.

Plaintiffs in civil cases generally do not have a constitutional or statutory right to counsel. *See Willis v. F.B.I.*, 274 F.3d 531, 532-33 (D.C. Cir. 2001); *Ray v. Robinson*, 640 F.2d 474, 477 (3d Cir. 1981). If a plaintiff is proceeding *in forma pauperis*, the court is authorized to appoint counsel under 28 U.S.C. § 1915(e)(1), but it is not obliged to do so unless the plaintiff demonstrates such exceptional circumstances exist that the denial of counsel would result in fundamental unfairness. *See Cookish v. Cunningham*, 787 F.2d 1, 2 (1st Cir. 1986). "Whether exceptional circumstances exist requires an evaluation of the type and complexity of each case, and the abilities of the individual bringing it." *Id*.

The Court has considered the potential merits of the claim, the complexity of the legal and factual issues involved, plaintiff's *pro se* representation thus far, and the degree to which the

---

[1] Plaintiff seeks appointment for a purported class. This case was not filed as a class action and no class has been certified pursuant to Fed. R. Civ. P. 23.

interests of justice will be served by an appointment, including the benefit the court may derive from the assistance of the appointed counsel. *See* Local Civil Rule 83.11(b)(3). The Court has also taken into consideration the limited *pro bono* resources available to it. After carefully reviewing and weighing these factors, the Court concludes that the appointment of counsel is not warranted. Accordingly, it is hereby

ORDERED that plaintiff's motion to appoint counsel [Dkt. No. 19] is DENIED.

SO ORDERED.

_____s/_____
Royce C. Lamberth, Chief Judge
United States District Court

Date: July 28, 2008