Received Mail Room
AUG -6 2008
United States Court of A...
District of Columbia C...

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NO. 08-0298 (RCL)

JAMES C. ANDERSON
    PLAINTIFF

V.

UNITED STATES OF AMERICA ET., AL
    DEFENDANT(S)

MOTION: NOTICE OF APPEAL PURSUANT TO F.R.C.P.

PLAINTIFF SEEKS U.S. COURT OF APPEALS FOR D.C. CIRCUIT REVIEW OF HIS REQUEST FOR COURT APPOINTED COUNSEL DENIED BY, THIS COURT JULY 28, 2008.

-CERTIFICATE OF SERVICE-

PLAINTIFF SENT A COPY OF NOTICE TO MICHAEL MUKASEY 950 PENNSYLVANIA AVE. N.W. WASHINGTON D.C. 20530 ON JULY 29, 2008, BY U.S. MAIL.

    PLAINTIFF
    JAMES C. ANDERSON
    # 0468236
    P.O. BOX 129
    WINDSOR N.C.
    27983

SIGNED X *James C Anderson*